IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ernest Jackson,                           :
                    Appellant     :
                                          :
           v.                             :        No. 2267 C.D. 2015
                                          :
Shikellamy School District        :


# **O R D E R**


NOW, November 30, 2016, upon consideration of appellant's application for reargument *en banc* and appellee's answer in response thereto, the application is denied.


_____
MARY HANNAH LEAVITT,
President Judge